**Judge Berman**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Plaintiff**
The New York Foundling Hospital

-v-

Riverbay Corporation

**Defendant**

07 CV 2846

Rule 7.1 Statement


RECEIVED APR 10 2007 U.S.D.C. S.D.N.Y. CASHIERS

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ___plaintiff___ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: 4-5-07

Signature of Attorney

Attorney Bar Code:
RJ7277

Form Rule7_1.pdf