UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**THE NEW YORK FOUNDLING HOSPITAL**
　　　　　　　　　　Plaintiff(s), Petitioner(s)

　　against

**RIVERBAY CORPORATION**
　　　　　　　　　　Defendant(s), Respondent(s)

ATTORNEY: Moritt, Hock, Hamroff & Horowitz, LLP.

Index No.: 07 CV 2846

DATE OF FILING: 4/10/2007

JUSTICE: Judge Berman

## AFFIDAVIT OF SERVICE

STATE OF N.Y.: COUNTY OF NASSAU:  ss:

I, H. Todd Goodman, being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Garden City, NY.

That on **April 10, 2007 at 12:45 PM at 2049 Bartow Ave, Bronx, NY 10475**, deponent served the **Summons in a Civil Case & Civil Complaint** upon **Riverbay Corporation**, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner;

By delivering to and leaving a true copy of each with **Rachelle Davenport** a person who is known to be the **authorized agent** of said corporation, and who is authorized by said corporation to receive said documents.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:   Sex: **Female** Skin: **Black** Hair: **Black** Age(Approx): **35** Height(Approx): **5' 8"** Weight(Approx): **160-170 lbs** Other: **Glasses**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　H. Todd Goodman,

Sworn to before me on April 11, 2007

_____
Alan Leibowitz
Notary Public, State of New York
Registration No. 01LE6029931
Qualified in Nassau County
Commission Expires August 30, 2009

　　　　　　　　　　　　　　　　　　　　Executive Attorney Service (516) 333-3447
　　　　　　　　　　　　　　　　　　　　Case No.: 78075