UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
THE NEW YORK FOUNDLING HOSPITAL, INC.

                Plaintiffs,

  -against-

RIVERBAY CORPORATION,

                Defendant.
------------------------------------------------------------------x

07 Civ. 2846 (RMB)

**Rule 7.1 Statement**

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, RIVERBAY CORPORATION, a private non-governmental party, certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.


Date:  April 30, 2007

SMITH, BUSS & JACOBS, LLP

By: _____
Jeffrey D. Buss (JDB-5792)
Gerald Kahn (GK-7917)
*Attorneys for Defendant*
500 Fifth Avenue, Suite 1540
New York, New York 10110
(212) 688-2400