

# Moritt Hock Hamroff & Horowitz LLP

ATTORNEYS AT LAW

400 Garden City Plaza   Garden City, New York 11530

(516) 873-2000   Fax (516) 873-2010
www.moritthock.com

By ECF and Federal Express

May 8, 2007

Hon. Richard M. Berman
Judge, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
  RE: New York Foundling Hospital v. Riverbay Corporation
    07 CV 2846 (Berman, J.) (Katz, M.J.)

Dear Judge Berman:

We represent the plaintiff in this action that was commenced pursuant to the Federal Fair Housing Act on April 10, 2007. The defendant has answered this action.

The defendant has also indicated in the attached letter that it plans to take action as of May 15, 2007 to evict the 19 people with mental retardation and/or developmental disabilities who live in the apartments at issue in this action.

Consequently, this letter is written to advise the Court and our adversary that on Friday May 11, 2007 at 10 A.M., we will be presenting to the Court a temporary restraining order and an order to show cause to preserve the status quo and prevent the defendant from taking any steps to evict the residents of the apartments at issue in this action.

Sincerely,

Robert L. Schonfeld

cc: Gerald Kahn, Esq.
 Smith Buss & Jacobs LLP
 500 Fifth Avenue
 New York, New York 10110



**Smith,**
**Buss**
**& Jacobs**
LLP
ATTORNEYS AT LAW

500 Fifth Avenue
New York, New York 10110
Telephone: 212•688•2400
Fax: 212•688•3058
www.sbjlaw.com

April 30, 2007

Robert L. Schonfeld, Esq.
Moritt, Hock, Hamroff & Horowitz, LLP
400 Garden City Plaza
Garden City, New York 11530

> **Re:** <u>**New York Foundling Hospital, Inc. v. Riverbay Corporation**</u>

Dear Mr. Schonfeld:

I enclose herewith for service upon you the Defendant's Answer in the above entitled action.

In accordance with our prior telephone conversations we have advised our client to take no further action with regard to securing the subject apartments until May 15, 2007.

In the meantime it would be appreciated if your client made plans to vacate the apartments in an orderly manner as suggested in our client's March 29, 2007 letter.

Cordially,

Gerald Kahn

---

Jeffrey D. Buss
Kenneth R. Jacobs
Thomas W. Smith
Domenick J. Tammaro

---

Voula T. Katsoris
Emanuela Lupu
Peter A. Nenadich
Anthony T. Simari
Matthew J. Smith
Maryam C. Toosie

---

Of Counsel
James R. Anderson
Edgar C. Gentry, Jr.
Gerald Kahn

GK:kp
enclosures
cc:    Riverbay Corporation

733 Yonkers Avenue • Yonkers, New York 10704
Telephone: 914•476•0600 • Fax: 914•476•0614