UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

THE NEW YORK FOUNDLING HOSPITAL, INC.,

               Plaintiff.

-against-

RIVERBAY CORPORATION,

               Defendant.

-------------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 2846 (RMB)(THK)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/07
```

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| __X__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ____ Specific Non-Dispositive Motion/Dispute:* _____ _____ | ____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | Purpose:_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ____ Habeas Corpus |
| | ____ Social Security |
| ____ Settlement* | ____ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ____ Inquest After Default/Damages Hearing | Particular Motion:_____ _____ |
| | All such motions: ____ |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
              May 14, 2007



Richard M. Berman, U.S.D.J.