UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THE NEW YORK FOUNDLING HOSPITAL,
INC.

                              Plaintiff,

         - against -

RIVERBAY CORPORATION,

                             Defendant.
------------------------------------------------------------x

07 Civ. 2846 (RMB)

**ORDER**

The Order to Show Cause and Temporary Restraining Order, dated May 11, 2007 ("TRO"), is hereby modified and extended until further notice from the Court as follows:

Plaintiff and Defendant are ordered and directed to comply with the terms of the Letter Agreement between Defendant and the New York State Office of Mental Retardation and Developmental Disabilities, dated April 17, 1994 ("1994 Agreement"), and in particular those provisions of the 1994 Agreement that pertain to the conduct and supervision of residents in the five units owned by Lakeside Family & Child Services and such other rules as may apply to residents of Co-op City.

The principals of Plaintiff and Defendant are directed forthwith to meet and confer in good faith and to negotiate in good faith resolution of all disagreements between them.

Dated: New York, New York
        May 15, 2007

                                                   _____
                                                   RICHARD M. BERMAN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/07