

**Smith,**
**Buss**
**& Jacobs**

ATTORNEYS AT LAW

RECEIVED
SEP 17 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

# MEMO ENDORSED

500 Fifth Avenue
New York, New York 10110
Telephone: 212•688•2400
Fax: 212•688•3058
www.sbjlaw.com

Adjourned to 11/16/07 @ 10:30 A.M.

September 12, 2007

SO ORDERED:
Date: 9/17/07    *Richard M. Berman*
**Richard M. Berman, U.S.D.J.**

Hon. Richard M. Berman
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    **Foundling Hospital v. Riverbay Corporation**
       **Docket No. 07-2846 (Berman, J.) (Katz, M.J.)**
       **Conference Date:  October 1, 2007**

Dear Judge Berman:

    We represent the Defendant in this action.  This letter is written with the consent of Robert L. Schonfeld, Esq., counsel for the Plaintiff.

    We have been making good progress toward settling the issues in this case and also amending the relationship between the Defendant and the New York State Office of Mental Retardation and Developmental Disabilities ("OMRDD").  We are making an effort to ensure that landlord/tenant disputes are handled in a manner so as not to involve the Federal Court.  OMRDD is attempting to obtain the cooperation of the other not-for-profit agencies which have group homes at Co-op City and are not parties to this action.

    Based on the above, Magistrate Judge Katz has adjourned our settlement conference from September 19, 2007 to October 31, 2007.  Both parties request an adjournment of our conference with you scheduled for October 1, 2007, to a date in mid November.  It is anticipated that we will then be in a better position to know whether this case can be settled.

Jeffrey D. Buss
Kenneth R. Jacobs
Thomas W. Smith
Domenick J. Tammaro

Voula T. Katsoris
Emanuela Lupu
Peter A. Nenadich
Anthony T. Simari
Matthew J. Smith
Maryam C. Toosie

Of Counsel
James R. Anderson
Edgar C. Gentry, Jr.
Gerald Kahn

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/07

Cordially,

*Gerald Kahn*
Gerald Kahn

GK:kp
cc:  Robert L. Schonfeld, Esq.

733 Yonkers Avenue • Yonkers, New York 10704
Telephone: 914•476•0600 • Fax: 914•476•0614