**MHH H**

## Moritt Hock Hamroff & Horowitz LLP

ATTORNEYS AT LAW

400 Garden City Plaza   Garden City, New York 11530

♦

(516) 873-2000   Fax (516) 873-2010

www.moritthock.com

November 9, 2007

Hon. Richard M. Berman
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: Foundling Hospital, Inc. v. Riverbay Corporation
       07 CV 2846 (RMB)

Dear Judge Berman:

We represent the plaintiff in the above action.

Regrettably, the parties have been unable to come to a settlement in this matter. Even though the plaintiff has moved the tenant that was offensive to the defendant, the defendant still will not agree to any sort of settlement in spite of considerable efforts by counsel for the parties and the New York State Office of Mental Retardation and Developmental Disabilities.

Consequently, our application for a preliminary injunction will have to be tried. A conference has been scheduled before Your Honor for November 16, 2007. However, defendant's counsel has advised us that he is engaged in an emergency proceeding on that date in State Supreme Court. We support his request for an adjournment of this conference.

Sincerely,

Robert L. Schonfeld

cc: Gerald Kahn, Esq.
    Robert Mascali, Esq.