```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------X
THE NEW YORK FOUNDLING              :
HOSPITAL, INC.,                     :
                                    :
             Plaintiffs,            :   07 Civ 2846 (RMB)(THK)
                                    :
     -against-                      :
                                    :         ORDER
                                    :
RIVERBAY CORPORATION.               :
                                    :
             Defendant.             :
                                    :
-----------------------------------X
```

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

This action, having been referred to this Court for settlement; and the parties having reached a framework for settlement; and it being necessary that the Board of Directors of Defendant Riverbay Corporation meet in order for Riverbay to act on the proposed settlement; the Court expects the Riverbay Board of Directors to meet and address the proposed settlement of this case by no later than January 11, 2008.

Furthermore, it is hereby ORDERED:

If agreement on the proposed settlement cannot be reached, a Settlement Conference shall be held, in person, before the Court on January 15, 2008, at 3:00 p.m., in Courtroom 17D.

If the action cannot be settled without the entire Board of Directors of Riverbay Corporation, it is further ORDERED that the entire Board be present at the January 15, 2008 Settlement Conference. All representatives present at the Conference must have authority to settle the case.

1

Counsel for all parties shall contact the Court on January 10, 2008 at 5 p.m., by telephone, to update the Court as to the status of the settlement.

SO ORDERED.

_____
Theodore H. Katz
United States Magistrate Judge

Dated:   December 13, 2007
         New York, New York

2