# MHH H

## Moritt Hock Hamroff & Horowitz LLP

ATTORNEYS AT LAW

400 Garden City Plaza   Garden City, New York 11530

(516) 873-2000   Fax (516) 873-2010
www.moritthock.com

January 10, 2008

Hon. Theodore H. Katz
Magistrate Judge,
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      RE:  Foundling Hospital, Inc. v. Riverbay Corporation
           07 CV 2846 (RMB)(THK)

Dear Judge Katz:

This letter is written as an update from both parties regarding the resolution of this matter.

The Riverbay Board of Directors has voted to accept both the proposed settlement of this action conditioned on the proposed amendment of the agreement between Riverbay and the New York State Office of Mental Retardation and Developmental Disabilities (OMRDD). OMRDD is circulating the amendment to the agreement to the other six agencies with residences at Co-op City for their signature.  OMRDD counsel tells us that this process should take roughly ten days to complete.

There was also an incident at one of the Foundling Hospital apartments at Co-op City last Monday.  As counsel for Foundling Hospital, we have provided a report to Riverbay on this incident.  Riverbay is reviewing the incident, and if its view of the incident matches that of Foundling Hospital, it will stand as no impediment to a resolution of this matter.

Thank you for your patience and courtesies in this matter.

Sincerely,

Robert L. Schonfeld

Cc: Gerald Kahn, Esq.
    Robert Mascali, Esq.